UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **GUADALUPE GONZALEZ MOLINA**<br>**REG # 39095-177** | \* | **CIVIL ACTION NO. 2:18-CV-01543**<br>**SECTION P** |
| **VERSUS** | \* | **JUDGE TERRY A. DOUGHTY** |
| **R. MAYER** | \* | **MAG. JUDGE KATHLEEN KAY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Petition for Writ of Habeas Corpus [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE**.

Monroe, Louisiana, this 25th day of January, 2019.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE